```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03398-RNO
Jonathan Christopher Boliek                                         Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4           User: DGeorge              Page 1 of 1              Date Rcvd: Sep 17, 2019
                               Form ID: ntcnfhrg          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Jonathan Christopher Boliek,   2301 Jalice Cir,   State College, PA 16801-7427
5245500        +Aarons, Inc.,   PO Box 100039,   Kennesaw, GA 30156-9239
5232530        +Capital One,   PO Box 3115,   Milwaulkee, WI 53201-3115
5232525        +Carrington Mortgage Services,   1600 South Douglas Rd,   Anaheim, CA 92806-5951
5232528        +First Premier Bank,   PO Box 5529,   Sioux Falls, SD 57117-5529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5232526        +E-mail/Text: ally@ebn.phinsolutions.com Sep 17 2019 19:10:32     Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
5232529        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 19:07:48      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
5243784         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 19:08:11
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5242844         E-mail/Text: ktramble@lendmarkfinancial.com Sep 17 2019 19:10:30
                 Lendmark Financial Services LLC,   Attn: Bankruptcy Dept.,   2118 Usher Street NW,
                 Covington, Georgia 30014
5232527         E-mail/Text: ktramble@lendmarkfinancial.com Sep 17 2019 19:10:30     Landmark Financial,
                 2118 Usher St,   Covington, GA  30014
5232531        +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 19:10:48     Nelnet,  PO Box 82561,
                 Lincoln, NE 68501-2561
5237315        +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 19:10:48
                 US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6
                bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathan Christopher Boliek,

**Debtor 1**

Chapter 13

Case No. 4:19−bk−03398−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 6, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: December 13, 2019 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 17, 2019 |

ntcnfhrg (03/18)