IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jonathan Christopher Boliek<br><br>**Debtor(s)**<br><br><br>THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for the registered holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6<br>**Movant**<br><br>vs.<br><br>Jonathan Christopher Boliek<br><br>**Respondent** | CHAPTER 13<br>CASE NO. 19-03398-RNO<br><br>RESPONSE<br><br>11 U.S.C. SECTIONS 362 AND 1301 |

### ANSWER ON BEHALF OF DEBTOR JONATHAN CHRISTOPHER BOLIEK TO THE BANK OF NEW YORK MELLON'S MOTION FOR RELIEF OF STAY

Jonathan Christopher Boliek, Debtor herein ("Boliek"), respectfully responds as follows:

1. Admitted.
2. Denied as stated. Boliek (Debtor) is the owner of the premises, Cynthia Anne Boliek is not a Co-Debtor.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied as stated. A payment was made on December 2, 2019 for One Thousand Six Hundred Thirteen dollars and Seventy-five cents (1,613.75) Speed Pay Confirmation # 14110351. An additional payment will be made on December 16, 2019, and every two weeks moving forward until caught up.
8. Denied as stated. The amount to reinstate is $3,3227.5 after the payment as stated above in item 7.
9. Denied as stated. Boliek has submitted a Mortgage Assistance Application to Carrington Mortgage Service for consideration for a potential Forbearance Agreement, Loan

1

Modification, Refinance Agreement or other Loan Workout as of November 22, 2019. As of December 2, 2019, Carrington Mortgage Services was still processing the application. Boliek was advised that the review process can exceed 30 days.
10. Admitted.
11. Admitted.
12. Admitted.

Wherefore, Jonathan Christopher Boliek, Debtor herein, respectfully requests that this Honorable Court (a) deny the relief requested in the Motion of The Bank of New York Mellon from the automatic stay.

Jonathan Christopher Boliek (Pro Se)
Debtor
2301 Jalice Cir
State College, PA 16801
(Address)
(814) 206-6300
(Phone)
**Enter text**
(Facsimile)
jcb@jcbcab.com
(Email)

*/s/ J. C. Boliek*

Date of Response: December 3, 2019

2

# Jennifer Miscevich

| | |
|---|---|
| **From:** | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| **Sent:** | Tuesday, December 3, 2019 5:33 PM |
| **To:** | PAMBml_fax |
| **Subject:** | Form submission from: Electronic Document Submission System |

Submitted on Tuesday, December 3, 2019 - 17:33 Submitted by user:
Submitted values are:

Filer's Name: Jonathan Christopher Boliek Debtor's name (if different):
Filer's EMail Address: jcb@jcbcab.com
Filer's Phone Number: 8142066300
Case number (if known): 19-03398 RNO
Document (PDF format only)*:
http://www.pamb.uscourts.gov/sites/default/files/webform/docs/JCB%20Res%20to%20TheBankofNewYork%202019-12-03.pdf
By clicking "submit" below you agree to each of the following:
1. I am intending to file the attached document with the court.
2. The attached document will not be considered filed with the court until I have received a confirmation e-mail from the court.
3. This filing is made in compliance with Fed. R. Bankr. P. 9011 and all applicable statutes and court rules.
4. I have reviewed the court's EDSS Administrative Procedures including the requirements pertaining to: (i) the service of documents filed with the court; (ii) my obligation to retain the original document(s) filed; (iii) ensuring documents are properly signed; and (iv) the payment of required fees.
5. I consent to receive notices or other papers from the Clerk of Court to the e-mail address set forth above.
By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.:
Jonathan Christopher Boliek

1

Case 4:19-bk-03398-RNO    Doc 28    Filed 12/03/19    Entered 12/04/19 08:48:26    Desc
Main Document    Page 3 of 3