FILED Harrisburg, PA.
December 3, 2019
Clerk, U.S. Bankruptcy Court



SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
8125 SEDGWICK WAY
MEMPHIS, TN 38125

# Earnings Statement 

Period Beginning: 10/27/2019
Period Ending: 11/09/2019
Pay Date: 11/15/2019

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 4

JONATHAN C BOLIEK
2301 JALICE CIRCLE
STATE COLLEGE PA 16801

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 43.2692 | 80.00 | 3,461.54 | 20,423.08 |
| Holiday | | | | 346.15 |
| **Gross Pay** | | | **$3,461.54** | 20,769.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -243.83 | 1,462.70 |
| | Social Security Tax | -214.76 | 1,288.41 |
| | Medicare Tax | -50.22 | 301.32 |
| | PA State Income Tax | -106.27 | 637.62 |
| | College Twp Income Tax | -50.19 | 301.14 |
| | College Twp Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -2.08 | 12.46 |
| | Other | | |
| | 401K Ee Match | -207.69* | 1,246.14 |
| | **Net Pay** | **$2,584.50** | |
| | Checking | -2,584.50 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross Wages | 3,461.54 | 20,769.23 |
| Imp Inc Gtl | 2.31 | 11.55 |
| 401K Match | 138.46 | 830.76 |
| 401K Wages | 3,461.54 | |
| Total Work Hrs | 80.00 | |

**Important Notes**
FOR PAYROLL RELATED QUESTIONS CONTACT
1-866-686-0406

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,256.16

© 2000 ADP, LLC



SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
8125 SEDGWICK WAY
MEMPHIS, TN 38125

Advice number: 00000460104
Pay date: 11/15/2019



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JONATHAN C BOLIEK | xxxxx6676 | xxxx xxxx | $2,584.50 |

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| S2J | 900422 | 130227 | CU058 | 0000440109 1 |
| | | | | 200041710 |
| | | | | 111-0002 |

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
8125 SEDGWICK WAY
MEMPHIS, TN 38125

# Earnings Statement

ADP

Period Beginning: 10/13/2019
Period Ending: 10/26/2019
Pay Date: 11/01/2019

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 4

JONATHAN C BOLIEK
2301 JALICE CIRCLE
STATE COLLEGE PA 16801

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 43.2692 | 80.00 | 3,461.54 | 16,961.54 |
| Holiday | | | | 346.15 |
| **Gross Pay** | | | **$3,461.54** | 17,307.69 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -243.83 | 1,218.87 |
| Social Security Tax | -214.76 | 1,073.65 |
| Medicare Tax | -50.23 | 251.10 |
| PA State Income Tax | -106.27 | 531.35 |
| College Twp Income Tax | -50.19 | 250.95 |
| College Twp Local Svc Tax | -2.00 | 10.00 |
| PA SUI/SDI Tax | -2.07 | 10.38 |

**Other**

| | | |
|---|---|---|
| 401K Ee Match | -207.69* | 1,038.45 |
| **Net Pay** | **$2,584.50** | |
| Checking | -2,584.50 | |
| **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gross Wages | 3,461.54 | 17,307.69 |
| Imp Inc Gtl | 2.31 | 9.24 |
| 401K Match | 138.46 | 692.30 |
| 401K Wages | 3,461.54 | |
| Total Work Hrs | 80.00 | |

**Important Notes**
FOR PAYROLL RELATED QUESTIONS CONTACT
1-866-686-0406

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,256.16

© 2000 ADP, LLC



SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
8125 SEDGWICK WAY
MEMPHIS, TN 38125

Advice number: 00000440109
Pay date: 11/01/2019



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JONATHAN C BOLIEK | xxxxx6676 | xxxx xxxx | $2,584.50 |

## NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| S2J | 900422 | 130227 | TELPA | 0000420223 | 1 |
| | | | | 200041710 | |
| | | | 225-0002 | | |

# Earnings Statement

ADP

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
8125 SEDGWICK WAY
MEMPHIS, TN 38125

Period Beginning: 09/29/2019
Period Ending: 10/12/2019
Pay Date: 10/18/2019

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 4

JONATHAN C BOLIEK
2301 JALICE CIRCLE
STATE COLLEGE PA 16801

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 43.2692 | 80.00 | 3,461.54 | 13,500.00 |
| Holiday | | | | 346.15 |
| **Gross Pay** | | | **$3,461.54** | 13,846.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -243.83 | 975.04 |
| | Social Security Tax | -214.76 | 858.89 |
| | Medicare Tax | -50.23 | 200.87 |
| | PA State Income Tax | -106.27 | 425.08 |
| | College Twp Income Tax | -50.19 | 200.76 |
| | College Twp Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -2.08 | 8.31 |
| | Other | | |
| | 401K Ee Match | -207.69* | 830.76 |
| **Net Pay** | | **$2,584.49** | |
| | Checking | -2,584.49 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross Wages | 3,461.54 | 13,846.15 |
| Imp Inc Gtl | 2.31 | 6.93 |
| 401K Match | 138.46 | 553.84 |
| 401K Wages | 3,461.54 | |
| Total Work Hrs | 80.00 | |

**Important Notes**
FOR PAYROLL RELATED QUESTIONS CONTACT
1-866-686-0406

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,256.16

© 2000 ADP, LLC



SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
8125 SEDGWICK WAY
MEMPHIS, TN 38125

Advice number: 00000420223
Pay date: 10/18/2019

Deposited to the account of
JONATHAN C BOLIEK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6676 | xxxx xxxx | $2,584.49 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

# Jennifer Miscevich

| | |
|---|---|
| **From:** | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| **Sent:** | Tuesday, December 3, 2019 5:35 PM |
| **To:** | PAMBml_fax |
| **Subject:** | Form submission from: Electronic Document Submission System |

Submitted on Tuesday, December 3, 2019 - 17:34 Submitted by user:
Submitted values are:

Filer's Name: Jonathan Christopher Boliek Debtor's name (if different):
Filer's EMail Address: jcb@jcbcab.com
Filer's Phone Number: 8142066300
Case number (if known): 19-03398 RNO
Document (PDF format only)*:
http://www.pamb.uscourts.gov/sites/default/files/webform/docs/7000150139%20-%20paystubs.pdf
By clicking "submit" below you agree to each of the following:
1. I am intending to file the attached document with the court.
2. The attached document will not be considered filed with the court until I have received a confirmation e-mail from the court.
3. This filing is made in compliance with Fed. R. Bankr. P. 9011 and all applicable statutes and court rules.
4. I have reviewed the court's EDSS Administrative Procedures including the requirements pertaining to: (i) the service of documents filed with the court; (ii) my obligation to retain the original document(s) filed; (iii) ensuring documents are properly signed; and (iv) the payment of required fees.
5. I consent to receive notices or other papers from the Clerk of Court to the e-mail address set forth above.
By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.:
Jonathan Christopher Boliek

1

Case 4:19-bk-03398-RNO    Doc 29    Filed 12/03/19    Entered 12/04/19 08:49:37    Desc
Main Document    Page 4 of 4