```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03398-RNO
Jonathan Christopher Boliek                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: PatriciaR     Page 1 of 1     Date Rcvd: Dec 05, 2019
                       Form ID: ortext     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db           +Jonathan Christopher Boliek,    2301 Jalice Cir,    State College, PA 16801-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Craig H. Fox    on behalf of Creditor    Lendmark Financial Services, LLC
          Bankruptcy@Foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
         James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathan Christopher Boliek

**Debtor 1**

Chapter: 13

Case number: 4:19−bk−03398−RNO

# ORDER

Order Continuing hearing originally set for December 13, 2019 at 10:00 AM. upon the REquest to Continue matter with consent filed by The Bank of NY Mellon IT IS SO ORDERED on 12/5/2019. /s/Robert N. Opel, II (RE: related document(s)27, 30). Hearing scheduled for 2/21/2020 at 10:00 AM at US Courthouse, 240 West Third Street, Third Floor, Courtroom 3, Williamsport, PA 17701. (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)