```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                   Case No. 19-03398-RNO
Jonathan Christopher Boliek                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: BethIrvin            Page 1 of 1            Date Rcvd: Dec 27, 2019
                              Form ID: ortext            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db           +Jonathan Christopher Boliek,   2301 Jalice Cir,   State College, PA 16801-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Craig H. Fox   on behalf of Creditor   Lendmark Financial Services, LLC
           Bankruptcy@Foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
          York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
     TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathan Christopher Boliek　　　　　　　　　　Chapter: 13

**Debtor 1**　　　　　　　　　　　　　　　　　Case number: 4:19−bk−03398−RNO

# ORDER

A Certificate of Service was not filed with the First Amended Chapter 13 Plan, docket entry #33. A Certificate of Service must be filed no later than January 6, 2020. Non−compliance may result in the denial of confirmation of the First Amended Chapter 13 Plan. IT IS SO ORDERED on 12/27/2019. /s/Robert N. Opel, II (RE: related document(s)33). (Irving, Beth)

Order Text Entries (Form ortext) (2/19)