# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**Jonathan Christopher Boliek** | **CHAPTER:** 13 |
| **Debtor(s)** | **CASE NO.** 4:19 bk 03398-RNO |

## CERTIFICATE OF SERVICE

I, certify that I am more than 18 years of age and that on January 6, 2020, I served a copy of <u>amended chapter 13 plan</u> on the following parties in this matter.

| Name and Address | Mode of Service |
|---|---|
| Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | US Mail |
| Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | US Mail |
| Carrington Mortgage Services<br>1600 South Douglas Road<br>Anaheim, CA 92806-5951 | US Mail |
| Lendmark Financial Services<br>C/O Craig H. Fox<br>425 Swede Street<br>One Montgomery Plaza<br>Morristown, PA 19401-5948 | US Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2020

Name: /s/Jonathan Christopher Boliek
*Pro Se*

Address: 2301 Jalice Cir
State College, PA 16801

# Jennifer Miscevich

| | |
|---|---|
| **From:** | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| **Sent:** | Tuesday, January 7, 2020 9:15 AM |
| **To:** | PAMBml_fax |
| **Subject:** | Form submission from: Electronic Document Submission System |

Submitted on Tuesday, January 7, 2020 - 09:14 Submitted by user: Anonymous Submitted values are:

Filer's Name: Jonathan Christopher Boliek Debtor's name (if different):
Filer's EMail Address: jcb@jcbcab.com
Filer's Phone Number: 8142066300
Case number (if known): 4-19-03398-RNO
Document (PDF format only)*:
http://www.pamb.uscourts.gov/sites/default/files/webform/docs/Cert_of_Service_FormC_0.pdf
By clicking "submit" below you agree to each of the following:
1. I am intending to file the attached document with the court.
2. The attached document will not be considered filed with the court until I have received a confirmation e-mail from the court.
3. This filing is made in compliance with Fed. R. Bankr. P. 9011 and all applicable statutes and court rules.
4. I have reviewed the court's EDSS Administrative Procedures including the requirements pertaining to: (i) the service of documents filed with the court; (ii) my obligation to retain the original document(s) filed; (iii) ensuring documents are properly signed; and (iv) the payment of required fees.
5. I consent to receive notices or other papers from the Clerk of Court to the e-mail address set forth above.
By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.:
Jonathan Christopher Boliek

1

Case 4:19-bk-03398-RNO    Doc 40    Filed 01/07/20    Entered 01/07/20 10:12:10    Desc
Main Document      Page 2 of 2