```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03398-RNO
Jonathan Christopher Boliek                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: BethIrvin      Page 1 of 1      Date Rcvd: Jan 07, 2020
                        Form ID: ortext      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
db         +Jonathan Christopher Boliek,   2301 Jalice Cir,   State College, PA 16801-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Craig H. Fox   on behalf of Creditor   Lendmark Financial Services, LLC
           Bankruptcy@Foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          James   Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6   bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathan Christopher Boliek　　　　　　　　　　　Chapter: 13

**Debtor 1**　　　　　　　　　　　　　　　　　　Case number: 4:19−bk−03398−RNO

## ORDER

A Certificate of Service evidencing service of the First Amended Chapter 13 Plan upon all creditors on the mailing matrix was not filed with the Amended Plan, docket entry #33. A Certificate of Service evidencing service of the First Amended Chapter 13 Plan upon all creditors on the mailing matrix must be filed no later than January 15, 2020. Non−compliance may result in the denial of plan confirmation. IT IS SO ORDERED on 1/7/2020. /s/Robert N. Opel, II (RE: related document(s)33). (Irving, Beth)

Order Text Entries (Form ortext) (2/19)