```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 19-03398-RNO
Jonathan Christopher Boliek                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: AutoDocke        Page 1 of 1        Date Rcvd: Jan 21, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +Jonathan Christopher Boliek,   2301 Jalice Cir,   State College, PA 16801-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig H. Fox    on behalf of Creditor    Lendmark Financial Services, LLC
               Bankruptcy@Foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JONATHAN CHRISTOPHER BOLIEK

Debtor 1

Chapter: 13
Case No.: 4-19-bk-03398 RNO

Document No.: 33

Nature of Proceeding: First Amended Chapter 13 Plan

### ORDER DENYING CONFIRMATION

Upon review of Debtor's First Amended Chapter 13 Plan filed to Docket No. 33, and the Text Order filed to Docket No. 41, requiring that a Certificate of Service evidencing service of the Amended Plan upon all creditors and parties in interest be filed on or before January 15, 2020, and Debtor having failed to file said Certificate of Service, it is

ORDERED that confirmation of Debtor's First Amended Chapter 13 Plan is DENIED without prejudice to a subsequent amended Chapter 13 Plan being filed in accordance with Local Bankruptcy Rule 3015-2(d), which requires proper notice of the amended plan and a certificate of service evidencing service of the amended plan and Notice upon all creditors and parties in interest.

Dated: January 21, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)

Order – Blank without Parties - Revised 04/18