```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-03398-RNO
Jonathan Christopher Boliek                                              Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-4           User: AutoDocke            Page 1 of 2                  Date Rcvd: Apr 20, 2020
                               Form ID: ordsmiss          Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
```
db             +Jonathan Christopher Boliek,    2301 Jalice Cir,    State College, PA 16801-7427
5245500        +Aarons, Inc.,    PO Box 100039,    Kennesaw, GA 30156-9239
5232530        +Capital One,    PO Box 3115,    Milwaulkee, WI 53201-3115
5232525        +Carrington Mortgage Services,    1600 South Douglas Rd,    Anaheim, CA 92806-5951
5256671        +Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                 Norristown, PA 19401-4852
5252032        +The Bank of New York Mellon et. al,,    c/o Carrington Mortgage Services LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5258066         EDI: GMACFS.COM Apr 20 2020 23:13:00      Ally Bank,    PO Box 130424,   Roseville, MN 55113-0004
5232526        +EDI: GMACFS.COM Apr 20 2020 23:13:00      Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
5232529        +EDI: CAPITALONE.COM Apr 20 2020 23:13:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
5243784         EDI: CAPITALONE.COM Apr 20 2020 23:13:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
5251900         EDI: BL-BECKET.COM Apr 20 2020 23:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5232528        +EDI: AMINFOFP.COM Apr 20 2020 23:13:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
5232527         E-mail/Text: ktramble@lendmarkfinancial.com Apr 20 2020 19:18:00      Landmark Financial,
                 2118 Usher St,    Covington, GA 30014
5242844         E-mail/Text: ktramble@lendmarkfinancial.com Apr 20 2020 19:18:00
                 Lendmark Financial Services LLC,    Attn: Bankruptcy Dept.,    2118 Usher Street NW,
                 Covington, Georgia 30014
5232531        +E-mail/Text: electronicbkydocs@nelnet.net Apr 20 2020 19:18:17      Nelnet,    PO Box 82561,
                 Lincoln, NE 68501-2561
5255525        +EDI: JEFFERSONCAP.COM Apr 20 2020 23:13:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5237315        +E-mail/Text: electronicbkydocs@nelnet.net Apr 20 2020 19:18:17
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                 Norristown, PA 19401-4852
5256672*       +Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                 Norristown, PA 19401-4852
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig H. Fox    on behalf of Creditor    Lendmark Financial Services, LLC
               Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6   bkgroup@kmllawgroup.com

      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

      TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jonathan Christopher Boliek,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:19–bk–03398–RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 20, 2020

By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

ordsmiss (05/18)